7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* David K. Estess and Stephanie R. Estess
*Debtor*

*Bankruptcy Case No.*
10−62217−abf7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
15−06028−abf

v.

**David K. Estess**
**Stephanie R. Estess**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That in accordance with the Order and Judgment(Doc. #27), entered by the court on 12/11/2015, Judgment is hereby entered in favor of the Plaintiff, and against the Defendant, David K. Estess Revoking his Chapter 7 Discharge. The Complaint is DISMISSED with prejudice as to Stephanie R. Estess.



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 12/11/15

Court to serve